March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

Omar Adams          ,
                    Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

_____-CR-_____(___)(___)

20 Mag 12101

Defendant __Omar Adams_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

**X**    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_AW pp Omar Adams_____             _Ariel Werner_____
Defendant's Signature                              Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Omar Adams**                            **Ariel Werner**
_____               _____
Print Defendant's Name                             Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/20/20                                     _Kevin Nathaniel Fox_____
_____                              _____
Date                                               U.S. District Judge/U.S. Magistrate Judge