UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            -v-<br><br>OMAR ADAMS,<br>                              Defendant. | 20 Mag. 12101<br><br>ORDER |

A bail appeal hearing was held by telephone on November 20, 2020.

Defendant Omar Adams is hereby ordered released on his own signature.

The parties shall promptly set forth the bail conditions as stated on the record, including pretrial detention with location monitoring, which conditions shall be met within 14 days.

SO ORDERED.

Dated: November 20, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

Part I